**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| REMEDIOS CUEVAS<br><br>Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION and POLK SMITH REGENCY, LLC d/b/a HYATT REGENCY HOTEL<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:14-CV-02238 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT POLK SMITH REGENCY, LLC**

Plaintiff Remedios Cuevas and Defendants Hyatt Corporation and Polk Smith Regency, LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of Defendant Polk Smith Regency, LLC from this action without prejudice and with each party to bear its respective fees and costs.

Respectfully Submitted,

*/s/ Adolph Guerra*
Adolph Guerra
Texas Bar. No 08572000
1001 Texas Ave. Suite 1400
Houston, Texas 77002
Tel: (281) 398-6917
Fax: (713) 328-6801
*Attorney for Plaintiff*

Dated: 04/29/2015

Respectfully Submitted,

*/s/ John V. Jansonius*
John V. Jansonius
Texas Bar No. 10571900
David R. Schlottman
Texas Bar No. 24083807
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel: (214) 953-6000
Fax: (214) 953-5822
*Attorney for Defendants*

Dated: 04/29/2015