IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMEDIOS CUEVAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2238 |
| | § | |
| HYATT CORPORATION and | § | |
| POLK SMITH REGENCY, LLC | § | |
| d/b/a HYATT REGENCY HOTEL, | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL AS TO POLK SMITH REGENCY, LLC

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (Solely as to Defendant Polk Smith Regency, LLC), pursuant to Rule 41(a)(2), filed at Document No. 6. Accordingly, it is

ORDERED that Defendant Polk Smith Regency, LLC,is DISMISSED without prejudice.

SIGNED at Houston, Texas, on April 30, 2015

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE